UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CASE NO. _____

| | |
|---|---|
| KEVIN BONFARDINE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE GEO GROUP, INC. d/b/a | ) |
| BLACKWATER RIVER | ) |
| CORRECTIONAL FACILITY, | ) |
| | ) |
| Defendant. | ) |
| | / |

## NOTICE OF REMOVAL

Defendant, GEO Secure Services, LLC, misidentified as The GEO Group, Inc. d/b/a Blackwater River Correctional Facility ("Defendant" or "GEO"), by and through the undersigned counsel and pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, hereby removes this action from the Circuit Court of the 1st Judicial Circuit in and for Santa Rosa County, Florida, where the action is now pending, to the United States District Court for the Northern District of Florida. The removal of this action is based upon the following:

1. On or about September 14, 2021, Plaintiff, KEVIN BONFARDINE ("Plaintiff"), filed a civil action against the Defendant in the Circuit Court of the 1st

Judicial Circuit in and for Santa Rosa County, Florida, entitled *Kevin Bonfardine v. The GEO Group, Inc. d/b/a Blackwater River Correctional Facility*, Case No. 21-CA-000803 (hereinafter referred to as the "State Court Action").

2. Plaintiff's Complaint alleges race discrimination under 42 U.S.C. § 1981.

3. This action is within the original federal question jurisdiction of the United States District Court pursuant to 28 U.S.C. § 1331, because Plaintiff has asserted federal claims under 42 U.S.C. § 1981.

4. A copy of the Complaint and Summons in the State Court Action was served upon Defendant on November 18, 2021. This constituted Defendant's first legal notice of the State Court Action for purposes of removal. Thus, this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b), within thirty-days (30) from the date on which Defendant received notice of the State Court Action.

5. For the reasons stated above, this action is removable to this Court pursuant to the provisions of 28 U.S.C. §§ 1331 and 1441.

6. The District and Division embracing the place where such action is pending is the United States District Court for the Northern District of Florida, Pensacola Division. *See* 28 U.S.C. § 1441(a); 28 U.S.C. § 89(c). The Northern District, Pensacola Division is the appropriate venue because Plaintiff alleges that the actions at issue took place in Santa Rosa County, Florida.

7. A true and correct copy of all process, pleadings, and orders served upon Defendant in the State Court Action are attached hereto as Composite Exhibit "A," as required by 28 U.S.C. § 1446(a).

8. Pursuant to 28 U.S.C. § 1446(d), Defendant has provided written Notice of the Removal to Plaintiff and has filed a copy of this Notice of Removal in the Circuit Court of the 1st Judicial Circuit, in and for Santa Rosa County, Florida. A copy of Defendant's Notice of Filing Notice of Removal is attached hereto as Exhibit "B."

DATED this 17th day of December 2021.   Respectfully submitted,

LITTLER MENDELSON, P.C.
Wells Fargo Center
333 S.E. 2nd Avenue, Suite 2700
Miami, Florida 33131
Tel: (305) 400-7500
Fax: (305) 603-2552

By: */s/ Patrick G. DeBlasio, III*
Patrick G. DeBlasio, III, Esq.
Florida Bar No.: 0871737
E-mail: pdeblasio@littler.com
Secondary: btapia@littler.com
Rebecca R. Anguiano, Esq.
Florida Bar No. 99690
E-mail: ranguiano@littler.com
Secondary: grivas@littler.com

COUNSEL FOR DEFENDANT

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 17th day of November 2021, a true and correct copy of the foregoing was electronically filed and served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below, and also via any additional manner noted below.

*/s/ Patrick G. DeBlasio, III*
Patrick G. DeBlasio, III, Esq.

## SERVICE LIST

Marie A. Mattox, Esq.
Florida Bar No.: 0739685
MARIE A. MATTOX, P.A.
310 East Bradford Road
Tallahassee, Florida 32303
Tel: (850) 383-4800
Fax: (850) 383-4801
E-Mail: marie@mattoxlaw.com
E-Mail: michelle2@mattoxlaw.com
E-Mail: marlene@mattoxlaw.com

*Counsel for Plaintiff*
*Served via CM/ECF and E-mail*

4821-7187-5070.1